**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1073**

WAYNE GUGEL,

        Plaintiff - Appellant,

   and

DOLORES STEGELIN; ANNE H. RACK,

        Plaintiffs,

   v.

PACIFIC LIFE INSURANCE COMPANY,

        Defendant - Appellee,

   and

SHURWEST, LLC,

        Defendant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Bruce H. Hendricks, District Judge. (3:21-cv-01444-BHH)

Submitted: November 21, 2023                Decided: January 18, 2024

Before NIEMEYER and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

**ON BRIEF:** Robert Rikard, Jeremy C. Hodges, RIKARD & PROTOPAPAS, LLC, Columbia, South Carolina, for Appellant.    J. D. Quattlebaum, Jonathan D. Klett, HAYNSWORTH SINKLER BOYD, P.A., Greenville, South Carolina; Todd M. Fuller, CARLTON FIELDS, P.A., Miami, Florida, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Gugel appeals the district court's orders granting Pacific Life Insurance Company's Fed. R. Civ. P. 59(e) motion to dismiss Gugel's South Carolina law claims for aiding and abetting the breach of a fiduciary duty and negligent misrepresentation and denying Gugel's Fed. R. Civ. P. 59(e) and Fed. R. Civ. P. 15(b) motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Gugel v. Pac. Life Ins. Co..,* No. 3:21-cv-01444-BHH (D.S.C. Mar. 18, 2022 & Dec. 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*